UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REALM LICENSING LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>SMARTSHEET INC.,<br><br>              Defendant. | C20-1759 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Plaintiff is ORDERED to show cause by March 5, 2021, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report in a Patent Case signed on December 2, 2020, docket no. 4.  Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1