# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REALM LICENSING LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SMARTSHEET INC.,<br><br>　　　　　　　Defendant. | C20-1759 TSZ<br><br>ORDER |

By Minute Order entered February 19, 2021, docket no. 6, the Court directed plaintiff to show cause why this action should not be dismissed for failing to submit the requisite Joint Status Report.  By voicemail and written response, docket no. 7, plaintiff's counsel has advised that the parties have resolved this matter in principle.

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.  In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 2nd day of March, 2021.

　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1